UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ROBERT RODRIGUEZ,**

    **Plaintiff,**

v.                                                                  Case No. 1:24-cv-168-TKW-MAF

**FRANK BISIGNANO,** Commissioner of
Social Security

    **Defendant.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11). No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that the Commissioner's determination denying the continuation of Plaintiff's disability benefits is affirmed. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Commissioner's determination denying the continuation of Plaintiff's disability benefits is **AFFIRMED**.

3. The Clerk shall enter judgment consistent with this Order and close the case file.

**DONE AND ORDERED** this 19th day of September, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**